IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MYRON ANDERSON,                                                                                                    PLAINTIFF
ADC #123288

v.                                          4:21CV00634-BRW-JTK

JAMES GIBSON, et al.                                                                                             DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety.   Accordingly:

1. Plaintiff's Complaint against Defendants is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

2. This dismissal constitutes a "strike" within the meaning of the PLRA.

3. The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED, this 2nd day of August, 2021.

                                                  Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE