IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MYRON ANDERSON,                                                                          PLAINTIFF
ADC #123288

v.                         4:21CV00634-BRW-JTK

JAMES GIBSON, et al.                                        DEFENDANTS

## JUDGMENT

Consistent with the Order entered today, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 2nd day of August, 2021.


                                           Billy Roy Wilson
                                           UNITED STATES DISTRICT JUDGE